# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| J & J Sports Productions, Inc., *Plaintiff* v. Stacey Cornelius a/k/a Stacey Griffin *Defendant* | Civil Action No. 3:17-000844-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ the plaintiff, J&J Sports Productions, Inc., recover from the defendant, Stacey Cornelius a/k/a Stacey Griffin the amount of Nineteen Thousand, Eight Hundred and 00/100 ($19,800.00) Dollars in statutory and enhanced damages, plus Two Thousand, One Hundred Seventy-Four and 25/100 ($2,174.25) Dollars in attorney's fees and costs for a sum of Twenty-One Thousand, Nine Hundred Seventy-Four and 25/100 ($21,974.25) Dollars. Post Judgment interest shall run at a rate of 1.23 %.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date: August 10, 2017

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*